# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIANA SANCHEZ, | Case No. 1:23-cv-01169-ADA-CDB |
| Plaintiff, | ORDER ON STIPULATION CONTINUING SCHEDULING CONFERENCE |
| v. | (Doc. 14) |
| EXPERIAN INFORMATION SOLUTIONS, INC, et al., | |
| Defendants. | |

Based on the parties' representations in the pending stipulation to continue the scheduling conference (Doc. 14), the availability of the Court, and for good cause appearing, the Court ORDERS that the Scheduling Conference set for November 6, 2023, be continued to January 19, 2024, at 9:00 a.m. As previously directed (Doc. 4), the parties shall file a joint scheduling report at least one week prior to the conference.

IT IS SO ORDERED.

Dated: **October 30, 2023**　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE